[Nos. 8793-0-III; 8862-6-III. Division Three. January 30, 1990.]

ALAN F. RAUH, *Respondent,* v. CHEVRON CHEMICAL COMPANY, *Appellant.*

ALAN F. RAUH, *Appellant,* v. CHEVRON CHEMICAL COMPANY, *Respondent.*

Appeals from judgments of the Superior Court for Benton County, No. 82-2-00579-4, Robert S. Day, J., entered August 20 and September 14, 1987. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 9634-3-III. Division Three. January 30, 1990.]

*In the Matter of the Marriage of* JEFFREY DAVID KEETON, *Respondent, and* AUDREY LYNN KEETON, *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 88-3-00227-9, Willard A. Zellmer, J., entered September 26, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.

[No. 11907-2-II. Division Two. February 1, 1990.]

HOWARD COBLE, *Appellant,* v. ROBERT L. HOLLISTER, JR., *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 87-2-00073-4, Paula Casey, J., entered March 18, 1988. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, A.C.J., and Worswick, J. Now published at 57 Wn. App. 304.